**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00744-CV

**U.S. BANK, NA. SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HW11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11, BY AND THROUGH ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., Appellant**

**V.**

**LUCILA M. SAAVEDRA AND JOSE MANUEL SAAVEDRA, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12077**

## ORDER

Before the Court is appellees' October 17, 2018 motion to dismiss the appeal for failure to file the reporter's record. We **DENY** the motion.

By order dated September 6, 2018, we granted the request of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record and extended the time to September 27, 2018. As of today's date, the reporter's record has not been filed. Accordingly, we **ORDER** Ms. Dobbins to file the reporter's record by **November 2, 2018**. We caution Ms. Dobbins that further extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and all parties.

/s/     ADA BROWN
         JUSTICE